AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| Ndeile Yakhoub<br>*Plaintiff*<br>v.<br>Joseph Freden, Deputy Field Office Director, Buffalo Federal Detention Facility, et al<br>*Defendant* | )<br>)<br>) Civil Action No.  6:25-CV-6734-MAV<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  judgment entered in favor of Petitioner.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Meredith A. Vacca   on a motion for  N/A

Date:  01/09/2026

CLERK OF COURT

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*